# United States District Court
## for the
## Southern District of Mississippi



### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Claude Lee Smith, Jr.  **Case Number:** 3:96cr13BN-001

**Name of Sentencing Judicial Officer:** Honorable William H. Barbour, Jr.

**Date of Original Sentence:** August 22, 1996

**Original Offense:** Carjacking- 18 U.S.C.§ 2119

**Original Sentence:** One hundred and nine (109) months imprisonment, with thirty-six (36) months supervised release

**Date of Revocation:** December 10, 2004

**Revocation Sentence:** Eleven (11) months imprisonment; Twenty-five (25) months TSR

**Type of Supervision:** Supervised Release (2nd Term)   **Date Commenced:** 09/06/05

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term years.
[X]  To modify the conditions of supervision as follows:

(d)  The Defendant shall reside in the Bannum Place of Jackson, 1031 Wholesale Row, Jackson, MS 39201, and participate in the Community Corrections Program as directed by the U.S. Probation Officer for a period of one-hundred- eighty (180) days.

## CAUSE

Smith violated the terms of his supervised release due to his illegal drug use, his failure to obtain and maintain employment, and his failure to pay on his fine.

Reviewed and Approved by:

*Marty Williams*

Marty Williams, Supervising,
U. S. Probation Officer
Date: May 4, 2006

Respectfully submitted,

by  *Chris L. Whitver*

Chris K. Whitver
U.S. Probation Officer
Date: May 4, 2006

THE COURT ORDERS:

[ ]  No Action
[✓]  The Extension of Supervision as Noted Above
[ ]  The Modification of Conditions as Noted Above
[ ]  Other

*William Barbour*
Signature of Judicial Officer

Date  6/5/06

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## Southern District of Mississippi

## United States vs. Claude Lee Smith, Jr.  Docket No. 3:96cr13BN-001

### Waiver of Hearing to Modify Conditions
### of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

(d)    The Defendant shall reside in the Bannum Place of Jackson, 1031 Wholesale Row, Jackson, Ms 39201, and participate in the Community Corrections Program as directed by the U. S. Probation Officer for a period of one-hundred-eighty (180) days.

Witness: *[signature]*
Chris K. Whitver
U. S. Probation Officer

Signed: X *[signature]* Claude Lee Smith Jr.
Claude Lee Smith, Jr.
Supervised Releasee

March 14, 2006
Date